# Exhibit 1

# Affidavits from workers on the job site

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x
                                             Index No: ▮

▮

                      Plaintiff,            *Affidavit* of ▮

     -against-

▮

                      Defendants.
------------------------------------------------------------------x
STATE OF NEW YORK    )
                     )
COUNTY OF NEW YORK   )

I, ▮ affirm the following to be true under penalties of perjury:

On December 22, 2020 I was working for ▮ at the ▮ Project. I was working as a helper at Building D. In addition, there were several other helpers working at the building including ▮. That day, I worked mixing mortar, cleaning around the jobsite debris + bringing materials to the mechanics that worked on the hanging scaffolds. The Helpers did not work on hanging scaffolds. I worked from 9am to 4:30 PM, as did ▮. There was absolutely no accident at the jobsite that day and nothing happened to ▮. The next day, December 23, 2020 we all returned to work and worked the entire day with no issues. ▮ worked the entire day on December 23 and did not mention any incident. After December 23, we were off for Christmas and ▮ never returned to the job. ▮ interpreted this affidavit for me word for word from English to Spanish and I understood and agreed to the translation and everything is true and accurate.

Sworn before me this ▮ of March 2021

_____
Notary Public

CHERYL FUCHS
Notary Public, State of New York
No. 02FU6377997
Qualified in New York County
Commission Expires July 16, 20__

CHERYL FUCHS
Notary Public, State of New York
No. 02FU6577997
Qualified in New York County
Commission Expires July 16, 20__

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------x
     [REDACTED]

                     Plaintiff,

     -against-

     [REDACTED]

                     Defendants.
----------------------------------------------------------------x

Index No: [REDACTED]

*Affidavit* of [REDACTED]

STATE OF NEW YORK    )
                          )
COUNTY OF NEW YORK  )

I, [REDACTED] affirm the following to be true under penalties of perjury:

On December 22, 2020 I was the foreman for [REDACTED] at the [REDACTED] Project. I had multiple helpers and mechanics who I assigned work to. The mechanics worked on the hanging scaffolds performing facade restoration work and the helpers worked around the site preparing mortar, cleaning debris and passing materials or obtaining materials for the mechanics. [REDACTED] was one of the helpers working at Building D. He performed the helper work of preparing materials, obtaining materials and cleaning debris. He did not work on any hanging or other scaffolds as that was the mechanics' work. [REDACTED] worked from 8am to 4:30 PM with no issue. He did not report any accident to me. As his foreman I would be the one he came to if there were any issues or accidents. [REDACTED] came to work on the next day December 23 and worked the entire day with no issues. The following day December 24 we were off for Christmas. After December 23 I never saw him again. [REDACTED] interpreted this affidavit for me word for word from English to Spanish and I understood and agreed to the translation and everything is true and accurate.

Sworn before me this 25th day of March 2020

[Notary signature]
Notary Public

CHERYL FUCHS
Notary Public, State of New York
No. 02FU6377997
Qualified in New York County
Commission Expires July 16, 20__

[REDACTED]

Notary Public, State of New York
No. 02FU6377897