# Exhibit 4

# Statement

7/2/2019

DOC 7-1-2019

At about 11:30Am on DOC 7/1/19
I recieved a phone call from ████████
████████ Stating ████████████ was
injured at ████████████████
I called ████████████ (foreman)
told me that ████████ is okay.
I then called ████████████ to
arrange transportation to get ████████
to City/MD or doctor in area.
I was informed that by the time
████████ got the car around, ████████ had
already called an Ambulance.

At this time, I then went to NYU Langone to check on ██████████ Condition. ██████████████ took the ride in Ambulance with ██████████

I checked on ██████████ health at first. I was informed that he has no other injuries besides the minor injury to his lower leg. ██████████ told me that he took it upon himself to take scrap pieces of aluminum to the top of the transfer box. We used the top of the box as a staging area for the new 10' pieces so they do not get damaged. This is always a 2 person task (toolbox talk on DoL expressed the importance of this teamwork for safety).

██████████ told me that for no good reason did he decide to ascend the ladder by himself to put/protect scrap pieces of aluminum on top of this box.

He explained to me that as he was descending the ladder without a spot that it started to slip before it fell.

██████████ is aware of the procedure and safe practice we take to perform this task safely. He was concerned about the scrap pieces being damaged and thats why he took it upon himself to put the scrap pieces of aluminum on top the 8.5' Box. ████████████ stated that he has no other injuries from this incident.

7/2/2019