# **Exhibit 5**

# **Statement**

7/2/2019



On DOL 7-1-19, I was on the roof of ▮▮▮▮▮ when I noticed a worker on top a 8.5 ft. container box. At this time ~11:30 AM, I called down to ▮▮▮▮▮ (▮▮▮ foreman) to get this guy off the box. I am not in charge of ▮▮▮ workers but we work together on the site. After hanging up the phone I notice who I now know is ▮▮▮ start to descend the ladder on his own

without anyone supporting this ladder. At about the second rung from top is when the ladder slid out from under him. It was clear that the ladder was too long and at a bad climbing angle.

After this fell I went down to ground level to check on the worker. ▮ Stated that he hurt his knee when he fell. ▮ explained to the Ambulance workers that he had no other injuries. He stated that he did not hit his head and that he had no spinal pain/injury.

▮

7/2/2019