# <u>Exhibit 11</u>

# Affidavit

In the Matter of ███████

**_Affidavit of_** ███████ ███████

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

███████ being duly sworn, states the following to be true under penalties of perjury:

1.     On July 19, 2022, I was a roofer employed by ███████ at a project site known as ███████ more specifically Building A. That day, I was working on the rooftop setback, also known as the ███ roof.

2.     There was a 12-foot extension ladder set up from the floor of the ███ roof to the top of the parapet wall that was parallel to the building façade, which extended onto a platform leading to a second extension ladder that was used by the workers to get down to the sidewalk shed below. The sidewalk shed was directly adjacent to ███ roof but at a lower level.

3.     The ladders had been set up the morning of July 19, 2022, by workers of a different trade than my own, who needed to get to their baskets and hanging scaffolds positioned on the top of the sidewalk bridge.

4.     In the afternoon of July 19, 2022, I observed several workers coming up from the sidewalk shed to the landing and then using the 12-foot extension ladder to descend down to the ███ roof. During those observations, I did not witness any of the workers fall, the ladder fall, or the ladder shake as the workers descended down to the ███ roof.

5.     At approximately 4:40 p.m., as I was working on the ███ roof, I had turned away from the location where the extension ladder was positioned, when I heard a sound

causing me to turn around. When I turned around, I observed a worker (who I later learned to be ▮▮▮▮▮▮▮▮ siting in a corner of the ▮▮▮▮▮ roof, right next to the 12-foot extension ladder. I approached him to ask if he was okay. He told me that he was in pain, indicating his left leg.

6.      The ladder did not fall as when I approached ▮▮▮▮ I saw that the 12-foot extension ladder was in the same position it had been in all day. It was upright, standing with its legs on the ▮▮▮▮▮ roof and leaning against the platform leading to the sidewalk bridge below. There was nothing wrong with the ladder, it was not broken and did not have any debris, liquid or other foreign substances on any of its rungs.

7.      I also observed the area of the floor of the ▮▮▮▮▮ roof in the area of the ladder. There was no debris, materials, or anything else in the vicinity of the ladder.

8.      Another worker arrived and contacted a foreman, and emergency services were called. I stayed with ▮▮▮▮ until emergency medical technicians arrived to render assistance to ▮▮▮▮

Sworn to before me this
22ⁿᵈ day of ___July___ 2022

_____
Notary Public

VALERIA PRIZIMENTER
Notary Public, State of New York
No. 02PR6313063
Qualified in Kings County
Commission Expires October 14, 2022