## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

IONIAN RE, LLC,

                        **Plaintiff,**

v.

GORAYEB & ASSOCIATES, P.C.;
CHRISTOPHER J. GORAYEB; NY ORTHO,
SPORTS MEDICINE & TRAUMA, P.C.; JEFFREY
STONE KAPLAN, MD; MATTHEW P. GRIMM,
MD; JOSEPH WEINSTEIN, D.O., P.C. D/B/A
COMPREHENSIVE & ORTHOPEDIC SPINE
CARE; JOSEPH WEINSTEIN, DO; ANDREW
MEROLA, MD; KOLB RADIOLOGY P.C.;
THOMAS M. KOLB, MD; LENOX HILL
RADIOLOGY AND MEDICAL IMAGING
ASSOCIATES, P.C.; and JOHN DOES 1-50

                        **Defendants.**

Case 1:24-cv-07098

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff IONIAN RE, LLC, hereby gives notice that this action is voluntarily dismissed, with prejudice and without costs, only as to Defendant Andrew Merola, MD.

Dated: July 25, 2025

                        Respectfully submitted,

                        **THE WILLIS LAW GROUP, PLLC**

                        By: */s/ William J. Clay*
                            **WILLIAM J. CLAY**
                            **MICHAEL A. GRAVES**
                            **OLIVIA KNOTT**

**AARON E. MEYER**
1985 Forest Lane
Garland, Texas 75042
Telephone: 214-736-9433
Facsimile: 214-736-9994
Service Email: service@thewillislawgroup.com

***ATTORNEYS FOR THE PLAINTIFF*
IONIAN RE, LLC**

cc: All parties via ECF