UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
IONIAN RE, LLC, :

                      Plaintiff, :

            v. :

GORAYEB & ASSOCIATES, P.C., *et al.*, :

            Defendants. :
--------------------------------------------------------x

**ORDER**
24-CV-7098 (WFK) (PK)

**WILLIAM F. KUNTZ, United States District Judge:**

The Court respectfully REFERS Plaintiff Ionian Re, LLC's Motion to Amend at ECF No.

107 in the above-captioned action to Magistrate Judge Peggy Kuo for a Report and

Recommendation.

                          **SO ORDERED.**

                          **s/WFK**

                          HON. WILLIAM F. KUNTZ, II
                          UNITED STATES DISTRICT JUDGE

Dated:   July 23, 2026
         Brooklyn, New York